**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Defendant Mr. Vazquez-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VALENTIN ALBERTO VAZQUEZ-LOPEZ, ) <br> ) <br> Defendant. ) | Case No. 08mj8320 <br><br> **NOTICE OF APPEARANCE** |

    Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                               Respectfully submitted,

Dated: April 21, 2008               *s/ Carey D. Gorden*
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               carey_gorden@fd.org