1 | **CAREY D. GORDEN**
California State Bar No. 236251
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | carey_gorden@fd.org

5 | Attorneys for Mr. Vazquez-Lopez

6

7

8 |                     UNITED STATES DISTRICT COURT

9 |                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )     Case No. 08mj8320
                                       )
12 |                Plaintiff,          )
                                       )
13 | v.                                 )     **PROOF OF SERVICE**
                                       )
14 | **VALENTIN ALBERTO VAZQUEZ-LOPEZ,**)
                                       )
15 |                Defendant.          )
                                       )
16 | _____)

17 |         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 | of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 | day upon:

20 |         **ASSISTANT UNITED STATES ATTORNEY**
        efile.dkt.gc1@usdoj.gov,

21

22 | Dated: April 21, 2008              ___s/ Carey D. Gorden_____
                                       **CAREY D. GORDEN**
23 |                                    Federal Defenders of San Diego, Inc.
                                       225 Broadway, Suite 900
24 |                                    San Diego, CA 92101-5030
                                       (619) 234-8467 (tel)
25 |                                    (619) 687-2666 (fax)
                                       e-mail: carey_gorden@fd.org
26

27

28